

# NUMBERS 13-21-00095-CV, 13-21-00131-CV
# AND 13-21-00132-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GAETAN PELLETIER AND
PELLETIER MANAGEMENT AND
CONSULTING, LLC,                                                    Appellants,

v.

VICTORIA AIR CONDITIONING, LTD.,                               Appellee.

### On appeal from the 267th District Court
### of De Witt County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Hinojosa**

In three related appellate causes, appellants Gaetan Pelletier and Pelletier

Management and Consulting, LLC appeal post-judgment receivership orders entered by

the 267th District Court of DeWitt County, Texas, in trial court cause number 16-09-23,901. Appellants have filed a motion to dismiss in each appeal explaining that the trial court has "dismissed" the orders because its subsequent order discharging the receiver rendered the prior orders moot.

The Court, having considered the documents on file and appellants' motions to dismiss the appeals, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Appellants' motions to dismiss are granted, and the appeals are hereby dismissed. Costs in each appeal will be taxed against appellants. *See id* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellants."). We dismiss all other pending motions as moot.

LETICIA HINOJOSA
Justice

Delivered and filed on the
24th day of June, 2021.